DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

RILEY v. ROBINSON

No. 665P86.

Case below: 83 N.C. App. 159.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. ALFORD

No. 716P86.

Case below: 65 N.C. App. 425.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.

STATE v. BOWEN

No. 651P86.

Case below: 83 N.C. App. 159.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. CRANDALL

No. 669P86.

Case below: 83 N.C. App. 37.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

STATE v. CRAWFORD

No. 2P87.

Case below: 83 N.C. App. 135.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.